UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>   *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>   *Defendant*. | Civil Action No. 19-0310 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 7, 2021, Minute Order, the parties, Plaintiff Citizens United and Defendant United States Department of Labor ("DOL"), by and through undersigned counsel, respectfully submit this further joint status report, and state as follows:

This action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, is based on Citizens United's March 3, 2017, FOIA request to the DOL. The parties agreed on the scope of the search, which includes a list of proposed search terms, and that DOL would review 400 potentially responsive pages each month.

DOL has not made a production since the eighteenth interim production made on August 31, 2021. DOL has been experiencing a backlog due, in part, to limited resources of DOL's Litigation Support Division. DOL intends to engage in accelerated productions going forward by not limiting future productions to 400 pages.

In addition, since the last JSR, DOL and Plaintiff have also agreed to further narrowing of the previously agreed-upon search in an attempt to better focus its review on documents responsive to Plaintiff's request.

The parties request that a further joint status report be scheduled for January 7, 2022.

Dated:  November 8, 2021                     Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2599
Email: sean.tepe@usdoj.gov

*Counsel for Defendant*


*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan, D.C. Bar #1012943
William J. Olson, P.C.
370 Maple Ave. West, Ste. 4
Vienna, VA 22180-5615
(703) 356-5070 (tel)
(703) 356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>*Defendant*. | Civil Action No. 19-0310 (RDM) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by January 7, 2022, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2021.

_____
United States District Court Judge