UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>*Defendant*. | Civil Action No. 19-0310 (RDM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court enter the appearance of the undersigned counsel, Tabitha Bartholomew, on behalf of Defendant, as substitute counsel for attorney Sean Tepe, who is withdrawing from this matter.

Dated: November 20, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. Bar No. 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: 202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2023, I caused a true copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

                                                  */s/ Tabitha Bartholomew*
                                                  TABITHA BARTHOLOMEW
                                                  Assistant United States Attorney