UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>*Defendant*. | Civil Action No. 19-0310 (RDM) |

## JOINT STATUS REPORT

The parties, Plaintiff Citizens United and Defendant United States Department of Labor ("DOL"), by and through undersigned counsel, respectfully submit this further joint status report, and state as follows:

This action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, is based on Citizens United's March 3, 2017, FOIA request to the DOL. As noted in the last joint status report, DOL completed its releases. Plaintiff has reviewed the DOL's final production and withholdings and has determined that it has no challenges to DOL's withholdings, and therefore, no briefing on motions for summary judgment will be pursued. The parties have begun discussing a potential resolution of attorney's fees, which is the sole remaining issue in this case.

The parties request that a further joint status report be scheduled for February 2, 2024, to apprise the Court on the status of their discussions.

Dated: December 1, 2023              Respectfully submitted,

                                               MATTHEW M. GRAVES, D.C. Bar. #481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

By:    */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        DC Bar #1044448
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2529
        Email: Tabitha.Bartholomew@usdoj.gov

        *Attorneys for the United States*


        */s/ Jeremiah L. Morgan*
        Jeremiah L. Morgan, D.C. Bar #1012943
        William J. Olson, P.C.
        370 Maple Ave. West, Ste. 4
        Vienna, VA 22180-5615
        (703) 356-5070 (tel)
        (703) 356-5085 (fax)
        jmorgan@lawandfreedom.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I caused a true copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

        */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>   *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>   *Defendant*. | Civil Action No. 19-0310 (RDM) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by February 2, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this \_\_\_\_\_ day of _____, 2023.

_____
United States District Court Judge